Lloyd L. FINKE, Relator,

v.

MIDWEST COAST TRANSPORTATION
and St. Paul Fire & Marine Insurance
Company, Respondents.

No. C4–99–290.

Supreme Court of Minnesota.

April 29, 1999.

David A. Stofferahn, Sieben, Grose, Von
Holtum, McCoy & Carey, Ltd., Minneapolis,
for Relator.

Barbara Heck, Candlin & Wright, Bloomington, for Respondents.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed February 3, 1999, be, and the same is, affirmed without opinion. *See* Minnesota Rules of Civil Appellate Procedure 136.01, subdivision 1(b).

BY THE COURT:
Paul H. Anderson
Paul H. Anderson
Associate Justice